UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SENDMAIL, INC., a Delaware corporation,<br><br>          Plaintiff and Counter-Defendant,<br><br>v.<br><br>TUMBLEWEED COMMUNICATIONS CORP., a Delaware corporation,<br><br>          Defendant and Counter-Claimant. | Case No. 3:08-cv-05542 JCS<br><br>The Honorable Joseph C. Spero |

**STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT**

WHEREAS, Plaintiff/Counter Defendant Sendmail, Inc. ("Sendmail") and Defendant/Counterclaimant Tumbleweed Communications Corp. ("Tumbleweed") have entered into a Settlement Agreement effective as of September 3, 2009.

NOW, THEREFORE, pursuant to the settlement agreement of the parties, Tumbleweed and Sendmail stipulate, subject to approval of the Court, that:

    4.    Sendmail's complaint against Tumbleweed is dismissed in its entirety with prejudice.

    5.    Tumbleweed's counterclaims against Sendmail in their entirety are dismissed with prejudice.

    6.    Each party shall bear its own attorney's fees, expenses and costs.

8766661.1

STIPULATED AND AGREED TO:

_____  
Ted G. Dane  
Munger, Tolles & Olson, LLP  
355 S. Grand Avenue, 35th Floor  
Los Angeles, CA 90071  
(213) 683-9100  
Attorneys for Tumbleweed Communications Corp.

_____  
Arthur S. Beeman  
Jones Day  
555 California Street, 26th Floor  
San Francisco, CA 94104  

Attorneys for Sendmail, Inc.

So ORDERED and SIGNED this 14th day of September, 2009.

_____  
Judge J  
United  
Judge Joseph C. Spero

8766661.1